UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | No. 3:18-mj-1075 |
| | ) | JUDGE BROWN |
| | ) | |
| CARLOS GARCIA-ALEJOS | ) | |

## MOTION TO WITHDRAW AS COUNSEL

In accordance with Rule 83.01(g) of the Local Rules of Court for the Middle District of Tennessee, undersigned counsel respectfully moves this Court for the entry of an order granting him leave to withdraw as counsel of record in the instant proceeding.

In support of this petition, undersigned counsel states that on April 2, 2018, an employee of the law firm of Tennyson & Wiggington notified counsel that family for Mr. Garcia-Alejos had retained John Tennyson to represent him in this matter. On April 3, 2018, counsel was advised through intermediaries that Mr. Garcia-Alejos had spoken to his family and given consent to the new representation. Counsel has been unable to speak with Mr. Garcia-Alejos directly, but has no reason to believe that he does not consent to the new representation.

On April 3, 2018, undersigned counsel transmitted important, time-sensitive information to Mr. Tennyson regarding negotiations with the government. Counsel further transmitted several documents related to those negotiations.

Based on the above, counsel respectfully moves to withdraw as counsel.

Respectfully submitted,

/s/ *Andrew C. Brandon*
ANDREW C. BRANDON (BPR# 31882)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: andrew_brandon@fd.org

Attorney for Carlos Garcia-Alejos

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, I electronically filed the foregoing *Motion to Withdraw as Counsel* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joseph Montminy, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Andrew C. Brandon*
ANDREW C. BRANDON