# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **United States of America,** | ) |
| *Plaintiff,* | ) ) ) |
| **v.** | ) No. 3:18-cr-00081-1 ) **Judge William L. Campbell, Jr.** |
| **Carlos Garcia Alejos,** | ) ) ) |
| *Defendant.* | ) ) |

### Petition for Change of Plea

Comes now Carlos Garcia Alejos, by and through counsel, and hereby requests for a Change of Plea hearing at a time convenient for the Court. Garcia Alejos intends to enter a plea of guilty. The signed guilty plea will be submitted as soon as it is received by counsel.

Dated: May 2, 2018

      Respectfully submitted,

      /s/ John T. Tennyson
      John Tennyson (Tenn. BPR# 32777)

      Tennyson & Wiggington PLLC
      611 Commerce Street, Ste. 2609
      Nashville, TN 37203
      (615) 506-3108
      E-mail: jtennyson@nashville-law.com

      *Attorney for Defendant*

## Certificate of Service

I hereby certify that a true and exact copy of the foregoing *Petition for Change of Plea* was served via this Court's CM/ECF system to the United States Attorney's Office for the Middle District of Tennessee, on May 2, 2018, and upon all counsel of record.

/s/ John T. Tennyson
John Tennyson (Tenn. BPR# 32777)